UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | No. 14 CR 103 |
| | ) | Hon. Virginia Kendall |
| GREGORY WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that GREGORY WEBB, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment announced in this action on the 1st day of March 2017, and from the verdict and all Orders and entries made leading up to that final judgment.

Respectfully submitted,
GREGORY WEBB

By: /s/ Barry Spevack
One of his attorneys

Michael D. Monico
Barry A. Spevack
Scott J. Krischke
MONICO & SPEVACK
20 S. Clark St., Suite 700
Chicago, IL 60603
312-782-8500
bspevack@monicolaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, Barry A. Spevack, an attorney, states that service was made on all parties through the Court's ECF Filing System on March 8, 2017:

By: /s/ Barry Spevack

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:14−cr−00103
Honorable Virginia M. Kendall

Gregory Webb

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Sentencing hearing held on 3/1/2017. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

APPEAL,FINNEGAN,PROTO

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
# CRIMINAL DOCKET FOR CASE #: 1:14-cr-00103-1
# Internal Use Only

Case title: USA v. Webb

Date Filed: 02/27/2014

---

Assigned to: Honorable Virginia M. Kendall

**Defendant (1)**

**Gregory Webb**

represented by

**Eugene Edward Murphy , Jr.**
Murphy & Hourihane L.L.C.
161 N. Clark St.
Suite 2550
Chicago, IL 60601
(312) 202-3200
Email: gmurphy@mhlitigation.com
*TERMINATED: 05/22/2014*
*LEAD ATTORNEY*
*Designation: Retained*

**John N. Hourihane , Jr.**
Murphy & Hourihane L.L.C.
161 N. Clark St.
Suite 2550
Chicago, IL 60601
(312) 202-3200
Email: jhourihane@mhlitigation.com
*TERMINATED: 05/23/2014*
*LEAD ATTORNEY*
*Designation: Retained*

**John H. Scheid**
Pretzel & Stouffer
1 S. Wacker Drive
Suite 2500
Chicago, IL 60606
(312) 578-7503
Email: jscheid@pretzel-stouffer.com
*TERMINATED: 05/23/2014*
*LEAD ATTORNEY*

*Designation: Retained*

**Jonathan S Bedi**
Monico & Spevack
20 South Clark
Suite 700
Chicago, IL 60603
(312) 782-8500
Email: jonathanbedi@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael D. Monico**
Monico & Spevack
20 South Clark Street
Suite 700
Chicago, IL 60603
(312) 782-8500
Email: mm@monicolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Barry A. Spevack**
Monico & Spevack
20 South Clark Street
Suite 700
Chicago, IL 60603
(312) 782-8500
Email: bspevack@monicolaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Scott James Krischke**
Monico & Spevack
20 S. Clark St.
Suite 700
Chicago, IL 60603
312-782-8500
Email: skrischke@monicolaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Theodore R. Eppel**
Monico & Spevack
20 South Clark Street

Suite 700
Chicago, IL 60603
(312) 782-8500
Email: treppel@monicolaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION (1) | |
| FRAUDS AND SWINDLES (2) | |
| FRAUD BY WIRE, RADIO, OR TELEVISION (3) | |
| FRAUDS AND SWINDLES (4) | |
| FRAUD BY WIRE, RADIO, OR TELEVISION (5) | |
| FRAUDS AND SWINDLES (6) | |
| FRAUDS AND SWINDLES (7) | |
| FRAUDS AND SWINDLES (8) | |
| FRAUDS AND SWINDLES (9) | |
| FRAUDS AND SWINDLES (10) | |
| FRAUDS AND SWINDLES (11) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by

**Kruti D. Trivedi**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5323
Email: kruti.trivedi@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Margaret Jean Schneider**
United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-1875
Email: margaret.schneider@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Joseph A. Stewart**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 469-6008
Email: joseph.stewart@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Rick D. Young**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
(312) 353-5300
Email: rick.young@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2014 | | (Court only) ***Set/Clear Flags as to Gregory Webb. (ym, ) (Entered: 02/28/2014) |
| 02/27/2014 | 1 | INDICTMENT as to Gregory Webb (1) count(s) 1, 2, 3, 4, 5, 6-11. (ym, ) (Entered: 02/28/2014) |
| 02/27/2014 | 2 | DESIGNATION Sheet: FELONY (Category 3). (ym, ) (Entered: 02/28/2014) |
| 02/27/2014 | 3 | MINUTE entry before the Honorable Jeffrey Cole as to Gregory Webb: To set preliminary bail at $50,000.00 (Secured). (ym, ) (Entered: 02/28/2014) |
| 02/27/2014 | 4 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Gregory Webb. (ym, ) (Entered: 02/28/2014) |
| 02/28/2014 | 5 | NOTICE of Arraignment as to Gregory Webb before Honorable Virginia M. Kendall on 3/6/2014 at 09:30 AM. (ym, ) (Entered: 02/28/2014) |
| 02/28/2014 | 6 | ATTORNEY Appearance for USA byMargaret Jean Schneider (Schneider, Margaret) (Entered: 02/28/2014) |
| 03/05/2014 | 7 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Arraignment reset for 3/19/2014 at 09:30 AM. by agreement of the parties. Mailed notice (tsa, ) (Entered: 03/05/2014) |

| | | |
|---|---|---|
| 03/05/2014 | 8 | ATTORNEY Appearance for defendant Gregory Webb by Eugene Edward Murphy, Jr (Murphy, Eugene) (Entered: 03/05/2014) |
| 03/05/2014 | 9 | ATTORNEY Appearance for defendant Gregory Webb by John N. Hourihane, Jr (Hourihane, John) (Entered: 03/05/2014) |
| 03/05/2014 | 10 | ATTORNEY Appearance for defendant Gregory Webb by John H. Scheid (Scheid, John) (Entered: 03/05/2014) |
| 03/17/2014 | 11 | PRETRIAL Bail Report as to Gregory Webb (SEALED) (vv, ) (Entered: 03/17/2014) |
| 03/19/2014 | 12 | ORDER Setting Conditions of Release as to Gregory Webb in amount of $ 100,000, Own Recognizance Signed by the Honorable Virginia M. Kendall on 3/19/2014. (ym, ) (Entered: 03/19/2014) |
| 03/19/2014 | 13 | OWN Recognizance Bond as to Gregory Webb in the amount of $ 100,000. (ym, ) (Entered: 03/19/2014) |
| 03/19/2014 | 14 | PROTECTIVE Order Governing Discovery as to Gregory Webb Signed by the Honorable Virginia M. Kendall on 3/19/2014. (ym, ) (Entered: 03/19/2014) |
| 03/19/2014 | 15 | ORDER as to Gregory Webb: Arraignment held. Defendant is informed of his rights. Defendant waives formal reading of the indictment. Defendant enters a plea of not guilty as to all counts. Rule 16 conference by 4/2/2014. Status hearing set for 5/7/2014 at 9:30 a.m. Time is hereby excluded to 5/7/2014 pursuant to 18:3161(h) (7)(B)(iv). Signed by the Honorable Virginia M. Kendall on 3/19/2014. (ym, ) (Entered: 03/21/2014) |
| 04/25/2014 | 16 | MINUTE entry before the Honorable Virginia M. Kendall: as to Gregory Webb: Status hearing set for 5/7/14 is reset to 5/8/2014 at 09:00 AM. Time is hereby excluded to 5/8/2014 pursuant to 18:3161(h) (7)(B)(iv). (lcw, ) (Entered: 04/25/2014) |
| 05/08/2014 | 17 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 5/8/2014 and continued to 5/22/2014 at 09:30 AM. Time is hereby excluded to 5/22/2014 pursuant to 18:3161(h)(7)(B)(iv). Defendant Hourihane's oral motion to withdraw as counsel is entered and continued 5/22/2014 @ 9:30 a.m. Mailed notice (tsa, ) (Entered: 05/08/2014) |
| 05/21/2014 | 18 | MOTION to withdraw as attorney as to Gregory Webb Eugene E. Murphy, Jr. (Murphy, Eugene) (Entered: 05/21/2014) |
| 05/21/2014 | 19 | NOTICE of Motion by Eugene Edward Murphy, Jr for presentment of motion to withdraw as attorney 18 before Honorable Virginia M. Kendall on 5/27/2014 at 09:00 AM. (Murphy, Eugene) (Entered: 05/21/2014) |
| 05/22/2014 | 20 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held and continued to 6/5/2014 at 09:30 AM. Motion to withdraw as attorney 18 is granted. Eugene Edward Murphy, Jr is hereby withdrawn from the case. Time is hereby excluded to 6/5/2014 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 05/22/2014) |

| | | |
|---|---|---|
| 05/23/2014 | 21 | MINUTE entry before the Honorable Virginia M. Kendall: Minute entry 20 is amended to add the following as counsel given leave to withdraw their appearances: John N. Hourihane, Jr., and John H. Scheid, Jr. The rest of the order shall stand.Mailed notice (tsa, ) (Entered: 05/23/2014) |
| 06/04/2014 | 22 | ATTORNEY Appearance for defendant Gregory Webb by Michael D. Monico (Monico, Michael) (Entered: 06/04/2014) |
| 06/04/2014 | 23 | ATTORNEY Appearance for defendant Gregory Webb by Barry A. Spevack (Spevack, Barry) (Entered: 06/04/2014) |
| 06/05/2014 | 24 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 6/5/2014. Status hearings set for 7/31/2014 at 09:30 AM. and for 10/9/2014 at 09:30 AM. Rule 16 conference by 6/17/2014. Pretrial motions by 9/11/2014. Responses by 9/25/2014. Replies by 10/2/2014. Ruling will be made by mail. Jury trial set for 3/16/2015 @ 9:15 a.m. Time is hereby excluded to 7/31/2014 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 06/05/2014) |
| 07/31/2014 | 25 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 7/31/2014 and continued to 10/9/2014 at 09:00 AM. Time is hereby excluded to 10/9/2014 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 07/31/2014) |
| 09/11/2014 | 26 | MOTION by Gregory Webb Motion to Produce 404(b) Evidence (Spevack, Barry) (Entered: 09/11/2014) |
| 09/11/2014 | 27 | MOTION *for Early Return of Subpoenas* (Spevack, Barry) (Entered: 09/11/2014) |
| 09/11/2014 | 28 | MOTION *to Produce Exculpatory and Impeaching Evidence* (Spevack, Barry) (Entered: 09/11/2014) |
| 09/11/2014 | 29 | MOTION *to Produce Agents' Notes* (Spevack, Barry) (Entered: 09/11/2014) |
| 09/11/2014 | 30 | MOTION by Gregory Webb for bill of particulars (Spevack, Barry) (Entered: 09/11/2014) |
| 09/11/2014 | 31 | NOTICE of of Filing as toGregory Webb regarding MOTION *to Produce Exculpatory and Impeaching Evidence* 28 , MOTION by Gregory Webb for bill of particulars 30 , MOTION *for Early Return of Subpoenas* 27 , MOTION by Gregory Webb Motion to Produce 404(b) Evidence 26 , MOTION *to Produce Agents' Notes* 29 (Spevack, Barry) (Entered: 09/11/2014) |
| 09/25/2014 | 32 | RESPONSE by USA to MOTION *to Produce Exculpatory and Impeaching Evidence* 28 , MOTION by Gregory Webb for bill of particulars 30 , MOTION *for Early Return of Subpoenas* 27 , MOTION by Gregory Webb Motion to Produce 404(b) Evidence 26 , MOTION *to Produce Agents' Notes* 29 (Trivedi, Kruti) (Entered: 09/25/2014) |
| 10/02/2014 | 33 | MOTION by Gregory Webb for extension of time as to response, 32 *to File Reply in Support of Pretrial Motions* (Spevack, Barry) (Entered: 10/02/2014) |

| | | |
|---|---|---|
| 10/02/2014 | 34 | NOTICE of Motion by Barry A. Spevack for presentment of motion for extension of time 33 before Honorable Virginia M. Kendall on 10/8/2014 at 09:30 AM. (Spevack, Barry) (Entered: 10/02/2014) |
| 10/06/2014 | 35 | MINUTE entry before the Honorable Virginia M. Kendall:The Defendants Motion to Produce 404(b) Evidence (Dkt. 26) is granted in part. The Government is ordered to produce any 404(b) evidence by 2/17/15. The Defendants Motion for Early Return of Subpoenas (Dkt. 27) is granted and is joint. The Defendants Motion to Produce Exculpatory and Impeaching Evidence (Dkt. 28) is dismissed as moot based upon the Governments representations that it recognizes its obligations under Brady and Giglio. The Defendants Motion to Produce Agents Notes (Dkt. 29) is granted in part and denied in part. The Government is only ordered to preserve any notes. The Defendants Motion for Extension of Time to File Reply (Dkt. 33) is granted. The reply must be filed by 10/8/14.Mailed notice (tsa, ) (Entered: 10/06/2014) |
| 10/08/2014 | 36 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing set for 10/9/2014 at 09:30 AM. (TIME CHANGE) Mailed notice (tsa, ) (Entered: 10/08/2014) |
| 10/09/2014 | 37 | MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 10/9/2014. Motion for bill of particulars 30 is dismissed as moot as to Gregory Webb (1) with leave to reinstate if he doesn't get the materials. Oral motion to move the trial from 3/16/2015 to 5/4/2015 is granted. Jury Trial reset for 5/4/2015 at 09:15 AM. 404B motions by 3/17/2015. Santiago Proffer by 4/6/2015. Objections to 404B and Santiago Proffer by 4/20/2015. Motions in limine by 4/10/2015. Jury instruction in 3 sets (1 agreed, 1 defendant, 1 plaintiff) by 4/10/2015. Pretrial Conference set for 4/24/2015 at 10:00 AM. Status hearing set for 2/5/2015 at 9:30 AM. Time is hereby excluded to 2/5/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 10/09/2014) |
| 02/05/2015 | 38 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 2/5/2015. Time is hereby excluded to 4/24/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 02/05/2015) |
| 03/02/2015 | 39 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing set for 3/5/2015 at 09:30 AM. to discuss the trial date. Mailed notice (tsa, ) (Entered: 03/02/2015) |
| 03/05/2015 | 41 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb,Status hearing held. Jury trial set for 5/4/2015 is stricken. Time is hereby excluded to 5/26/2015 pursuant to 18:3161(h)(7)(B)(iv). Status hearing set for 3/9/2015 @ 9:30 a.m. to finalize the trial. Mailed notice (tsa, ) (Entered: 03/09/2015) |
| 03/06/2015 | 40 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing set for 3/9/2015 at 09:30 AM. to finalize trial date. Mailed notice (tsa, ) (Entered: 03/06/2015) |

| | | |
|---|---|---|
| 03/09/2015 | 42 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 3/9/2015. Jury Trial reset for 5/27/2015 at 09:15 AM. 404B by 4/7/2015. Santiago Proffer by 4/27/2015. Jury instructions in 3 sets (1 agreed, 1 defendant, 1 plaintiff) by 5/1/2015. Motions in limine by 5/1/2015. Objections by 5/11/2015. Pretrial Conference reset for 5/15/2015 at 10:00 AM. Time is hereby excluded to 5/27/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 03/09/2015) |
| 04/02/2015 | 43 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Pretrial Conference set for 5/15/2015 is stricken and reset to 5/12/2015 at 10:00 AM. Mailed notice (tsa, ) (Entered: 04/02/2015) |
| 04/16/2015 | 44 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, ( Pretrial Conference set for 5/12/2015 is stricken and reset to 5/21/2015 at 10:00 AM. Mailed notice (tsa, ) (Entered: 04/16/2015) |
| 04/27/2015 | 45 | MOTION by USAMotion to Admit Evidence as to Gregory Webb (Trivedi, Kruti) (Entered: 04/27/2015) |
| 04/27/2015 | 46 | ATTORNEY Appearance for defendant Gregory Webb by Theodore R. Eppel (Eppel, Theodore) (Entered: 04/27/2015) |
| 05/01/2015 | 47 | MOTION by USA in limine as to Gregory Webb *Government's Motion In Limine Regarding Evidence Offered Pursuant to Federal Rules of Evidence 803(6) and 902(11)* (Schneider, Margaret) (Entered: 05/01/2015) |
| 05/01/2015 | 48 | MOTION by USA in limine as to Gregory Webb (Trivedi, Kruti) (Entered: 05/01/2015) |
| 05/01/2015 | 49 | PROPOSED Jury Instructions by Gregory Webb (Spevack, Barry) (Entered: 05/01/2015) |
| 05/01/2015 | 50 | PROPOSED Jury Instructions by USA as to Gregory Webb (Trivedi, Kruti) (Entered: 05/01/2015) |
| 05/01/2015 | 51 | NOTICE of of Filing as toGregory Webb regarding proposed jury instructions 49 (Spevack, Barry) (Entered: 05/01/2015) |
| 05/06/2015 | 52 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Pretrial Conference set for 5/21/2015 at 11:00 AM. (TIME CHANGE) Mailed notice (tsa, ) (Entered: 05/06/2015) |
| 05/19/2015 | 53 | MOTION by Gregory Webb for bill of particulars *(Renewed Motion)* (Spevack, Barry) (Entered: 05/19/2015) |
| 05/19/2015 | 54 | NOTICE of as toGregory Webb regarding MOTION by Gregory Webb for bill of particulars *(Renewed Motion)* 53 (Spevack, Barry) (Entered: 05/19/2015) |
| 05/19/2015 | 55 | RESPONSE by Gregory Webb regarding MOTION by USA in limine as to Gregory Webb 48 (Eppel, Theodore) (Entered: 05/19/2015) |
| 05/21/2015 | 56 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Pretrial conference held on 5/21/2015. Jury trial set for 5/27/2015 is stricken. |

| | | |
|---|---|---|
| | | Advised in open court notice (tsa, ) (Entered: 05/22/2015) |
| 05/22/2015 | 57 | Enter ORDER as to Gregory Webb: Pretrial Conference held May 21, 2015. Trial date of May 27, 2015 is stricken and reset to August 31, 2015 at 9:15 am. Defendant's renewed motion for a bill of particulars 53 is entered and continued to July 7, 2015 in light of the government's production of additional allegedly false statements. The parties shall file proposed voir dire questions by July 7, 2015. Jury instructions in 3 sets (1 agreed, 1 defendant, 1 government) shall be filed by July 7, 2015. The government's motion in limine to admit evidence pursuant to Rules 803(6) and 902(11) 47 is granted without objection. The government's motion in limine to bar evidence of negligence or lack of due diligence by victims 48 is taken under advisement. The government's Santiago proffer 45 is taken under advisement. The defendant may file an objection by July 7, 2015. Status hearing set for July 7, 2015 at 9:30 am. Time is excluded by the agreement of the parties and in the interests of justice through August 31, 2015 pursuant to 18:3161(h)(7)(B)(iv). X-T4 Signed by the Honorable Virginia M. Kendall on 5/22/2015.Mailed notice (tsa, ) (Entered: 05/22/2015) |
| 06/29/2015 | 58 | Enter ORDER as to Gregory Webb (1): The governments motion in limine 48 is granted. The Defendant may not introduce evidence, cross-examination, or argument premised upon any alleged negligence, lack of due diligence, or absence of actual reliance by the individuals who invested in in InfrAegis. The Defendant may inquire into information or materials that individuals who invested in InfrAegis received to the extent that those materials are relevant to the Defendants state of mind. Signed by the Honorable Virginia M. Kendall on 6/29/2015.Mailed notice (tsa, ) (Entered: 06/29/2015) |
| 07/07/2015 | 59 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 7/7/2015. Jury trial set for 8/31/2015 is stricken and reset to 8/24/2015 at 09:15 AM. Continued Pretrial Conference set for 8/17/2015 at 10:00 AM. Santiago Proffer is extended to 7/13/2015. Mailed notice (tsa, ) (Entered: 07/07/2015) |
| 07/07/2015 | 60 | PROPOSED Jury Instructions by Gregory Webb (Spevack, Barry) (Entered: 07/07/2015) |
| 07/07/2015 | 61 | NOTICE of of Filing as toGregory Webb regarding proposed jury instructions 60 (Spevack, Barry) (Entered: 07/07/2015) |
| 07/07/2015 | 62 | PROPOSED Jury Instructions by Gregory Webb (Spevack, Barry) (Entered: 07/07/2015) |
| 07/07/2015 | 63 | PROPOSED Voir Dire by USA as to Gregory Webb (Trivedi, Kruti) (Entered: 07/07/2015) |
| 07/07/2015 | 64 | PROPOSED Jury Instructions by USA as to Gregory Webb (Trivedi, Kruti) (Entered: 07/07/2015) |
| 07/23/2015 | 65 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Because the Court has been issued a jury summons for 8/17/2015, the pretrial conference has been reset to 8/18/2015 at 10:30 AM. Mailed notice (tsa, ) |

| | | |
|---|---|---|
| | | (Entered: 07/23/2015) |
| 07/23/2015 | 66 | MOTION by Gregory Webb to continue *trial date* (Eppel, Theodore) (Entered: 07/23/2015) |
| 07/23/2015 | 67 | NOTICE of Motion by Theodore R. Eppel for presentment of motion to continue 66 before Honorable Virginia M. Kendall on 7/24/2015 at 09:00 AM. (Eppel, Theodore) (Entered: 07/23/2015) |
| 07/23/2015 | 68 | MINUTE entry before the Honorable Virginia M. Kendall:Defendant's unopposed emergency motion to continue the trial due to his personal medical condition is granted. The trial scheduled for August 24, 2015 is stricken as is the Final Pretrial Conference. Status hearing set for September 17, 2015 at 9:30 a.m. Time is excluded by agreement and in the interests of justice to 9/17/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 07/23/2015) |
| 09/17/2015 | 69 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 9/17/2015 and continued to 10/15/2015 at 09:30 AM. Time is hereby excluded to 10/15/2015 pursuant to 18:3161(h)(7)(B)(iv). The Court would like a status report regarding the health of the defendant. Mailed notice (tsa, ) (Entered: 09/17/2015) |
| 10/15/2015 | 70 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 10/15/2015. The Court would like a status report from the Doctor regarding the defendant's health condition and/or prognosis before 12/2/2015. Status hearing set for 12/2/2015 at 09:30 AM. Time is hereby excluded to 12/2/2015 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 10/15/2015) |
| 12/02/2015 | 71 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 12/2/2015 and continued to 2/29/2016 at 09:30 AM. Counsel are given a variety of trial dates. The parties shall pick a date and inform the Court by close of business 12/4/2015. Time is hereby excluded to 2/29/2016 pursuant to 18:3161(h)(7)(B)(iv). Mailed notice (tsa, ) (Entered: 12/02/2015) |
| 12/03/2015 | 72 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Jury Trial set for 6/27/2016 at 09:15 AM. Mailed notice (tsa, ) (Entered: 12/03/2015) |
| 12/08/2015 | 73 | MINUTE entry before the Honorable Virginia M. Kendall:Government's motion to admit evidence 45 is granted as to Gregory Webb (1). Defense counsel is ordered to inform the Court as to whether the evidence provided to them suffices to eliminate their renewed motion for the bill of particulars motion 53 by 12/15/2015. Mailed notice (tsa, ) (Entered: 12/08/2015) |
| 12/09/2015 | 74 | TRANSCRIPT OF PROCEEDINGS as to Gregory Webb held on 03/19/2014, before the Honorable Virginia M. Kendall. Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, (312) 435-6047, Gayle_McGuigan@ilnd.uscourts.gov. |

| | | |
|---|---|---|
| | | IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/30/2015. Redacted Transcript Deadline set for 1/11/2016. Release of Transcript Restriction set for 3/8/2016. (McGuigan, Gale) (Entered: 12/09/2015) |
| 02/29/2016 | 75 | MINUTE entry before the Honorable Virginia M. Kendall:as to Gregory Webb, Status hearing held on 2/29/2016. Pretrial Conference set for 6/17/2016 at 10:00 AM. 404B and Santiago Proffer motions by 5/31/2016. Jury instructions in three sets (1 agreed, 1 plaintiff, 1 defendant) by 5/31/2016. Motions in limine by 6/6/2016. Responses by 6/13/2016. Time is hereby excluded to 6/27/2016 pursuant to 18:3161(h)(7)(B)(iv). Advised in open court notice (tsa, ) (Entered: 02/29/2016) |
| 04/04/2016 | 76 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb (1). Defendant's Motion for bill of particulars 53 is denied as moot based upon the parties representations regarding evidentiary disclosures. Mailed notice. (lk, ) (Entered: 04/04/2016) |
| 04/15/2016 | 77 | ATTORNEY Appearance for defendant Gregory Webb by Jonathan S Bedi (Bedi, Jonathan) (Entered: 04/15/2016) |
| 05/31/2016 | 78 | Santiago Proffer by USA as to Gregory Webb (Young, Rick) (Entered: 05/31/2016) |
| 05/31/2016 | 79 | PROPOSED Jury Instructions by USA as to Gregory Webb (Young, Rick) (Entered: 05/31/2016) |
| 05/31/2016 | 80 | PROPOSED Jury Instructions by USA as to Gregory Webb (Young, Rick) (Entered: 05/31/2016) |
| 05/31/2016 | 81 | Jury Instructions by Gregory Webb (Spevack, Barry) (Entered: 05/31/2016) |
| 05/31/2016 | 82 | NOTICE of as toGregory Webb regarding miscellaneous other 81 *Preliminary Jury Instructions* (Spevack, Barry) (Entered: 05/31/2016) |
| 06/16/2016 | 83 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. By agreement of the parties, the Final Pretrial Conference set for 6/17/2016 is reset for 6/20/2016 at 2:00 PM. Mailed notice (lk, ) (Entered: 06/16/2016) |
| 06/20/2016 | 84 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Final Pretrial conference held on 6/20/2016. Mailed notice (lk, ) (Entered: 06/24/2016) |
| 06/27/2016 | 85 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Status hearings set for 6/28/2016-7/8/2016 at 9:15 AM. Jury Trial set for 6/28/2016-7/8/2016 at 09:30 AM. Mailed notice (lk, ) (Entered: 06/28/2016) |

| | | |
|---|---|---|
| 06/27/2016 | 86 | ORDER as to Gregory Webb: Voir Dire begins. Jury Trial begins and continues for 6/28/2016 at 9:30 a.m. Signed by the Honorable Virginia M. Kendall on 6/27/2016. Mailed notice. (ym, ) (Entered: 06/28/2016) |
| 06/28/2016 | 88 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Jury trial held on 6/28/2016. Mailed notice (lk, ) (Entered: 06/29/2016) |
| 06/29/2016 | 87 | ATTORNEY Appearance for defendant Gregory Webb by Scott James Krischke (Krischke, Scott) (Entered: 06/29/2016) |
| 06/29/2016 | 89 | MINUTE entry before the Honorable Virginia M. Kendall. Jury trial held on 6/29/2016. Mailed notice (lk, ) (Entered: 06/29/2016) |
| 06/30/2016 | | (Court only) Set/Reset Hearings as to Gregory Webb: Status hearing set for 6/30/2016 at 09:15 AM. (lk, ) (Entered: 06/30/2016) |
| 06/30/2016 | 90 | MINUTE entry before the Honorable Virginia M. Kendall. Jury trial held on 6/30/2016. Mailed notice (lk, ) (Entered: 06/30/2016) |
| 07/01/2016 | | (Court only) Set/Reset Hearings as to Gregory Webb: Jury Trial set for 7/1/2016 at 09:00 AM. (lk, ) (Entered: 07/01/2016) |
| 07/01/2016 | 91 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Jury trial held on 7/1/2016. Mailed notice (lk, ) (Entered: 07/01/2016) |
| 07/05/2016 | | (Court only) Set/Reset Hearings as to Gregory Webb. Jury Trial set for 7/5/2016 at 09:15 AM. (lk, ) (Entered: 07/05/2016) |
| 07/05/2016 | 92 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Jury trial held on 7/5/2016. Mailed notice (lk, ) (Entered: 07/05/2016) |
| 07/06/2016 | 93 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Jury trial held on 7/6/2016. Mailed notice (lk, ) (Entered: 07/07/2016) |
| 07/07/2016 | | (Court only) Set/Reset Hearings as to Gregory Webb: Jury Trial set for 7/7/2016 at 09:30 AM. Status hearing set for 7/7/2016 at 09:15 AM. (lk, ) (Entered: 07/07/2016) |
| 07/07/2016 | 94 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Jury trial held on 7/7/2016. Mailed notice (lk, ) (Entered: 07/07/2016) |
| 07/07/2016 | | (Court only) Set/Reset Hearings as to Gregory Webb: Jury Trial set for 7/8/2016 at 09:15 AM. (lk, ) (Entered: 07/07/2016) |
| 07/07/2016 | 98 | JURY Notes as to Gregory Webb. (ym, ) (Entered: 07/13/2016) |
| 07/08/2016 | 95 | MINUTE entry before the Honorable Virginia M. Kendall. Jury trial held on 7/8/2016. Mailed notice (lk, ) (Entered: 07/11/2016) |
| 07/08/2016 | 99 | JURY Instructions as to Gregory Webb. (ym, ) (Entered: 07/13/2016) |
| 07/11/2016 | 96 | MINUTE entry before the Honorable Virginia M. Kendall. Jury trial held on 7/11/2016. Jury Trial ends. Jury finds Defendant guilty on Counts 1-7, and 9-11 of the Indictment. Post Trial Motions due by 8/12/2016. Responses due by 8/26/2016. Replies due by 9/2/2016. Sentencing set for 11/7/2016 at 10:00 AM. |

| | | |
|---|---|---|
| | | Position statements regarding the presentence investigation report shall be filed by 10/24/2016. Responses/objections due by 11/7/2016. Cause referred to the Probation Office for a presentence investigation. Mailed notice (lk, ) (Entered: 07/12/2016) |
| 07/11/2016 | 97 | MINUTE entry (CORRECTED) before the Honorable Virginia M. Kendall. Jury trial held on 7/11/2016. Jury Trial ends. Jury finds Defendant guilty on Counts 1-5, 7, and 9-11 of the Indictment. Post Trial Motions due by 8/12/2016. Responses due by 8/26/2016. Replies due by 9/2/2016. Sentencing set for 11/7/2016 at 10:00 AM. Position statements regarding the presentence investigation report shall be filed by 10/24/2016. Responses/objections due by 11/7/2016. Cause referred to the Probation Office for a presentence investigation. Mailed notice (lk, ) (lk, ) (Entered: 07/12/2016) |
| 07/11/2016 | 100 | JURY Notes as to Gregory Webb. (ym, ) (Entered: 07/13/2016) |
| 07/11/2016 | 101 | JURY Notes as to Gregory Webb. (ym, ) (Entered: 07/13/2016) |
| 07/11/2016 | 102 | JURY Verdict as to Gregory Webb (1) guilty on Count 1,2,3,4,5,7,9,10,11. Verdict form emailed to defendant's counsel of record as to Gregory Webb (RESTRICTED.) (ym, ) (Entered: 07/13/2016) |
| 08/12/2016 | 103 | MOTION by Gregory Webb for new trial *Rule 33* (Krischke, Scott) (Entered: 08/12/2016) |
| 08/12/2016 | 104 | MOTION by Gregory Webb for judgment of acquittal *Rule 29* (Krischke, Scott) (Entered: 08/12/2016) |
| 08/26/2016 | 105 | RESPONSE by USA as to Gregory Webb regarding MOTION by Gregory Webb for new trial *Rule 33* 103 , MOTION by Gregory Webb for judgment of acquittal *Rule 29* 104 (Trivedi, Kruti) (Entered: 08/26/2016) |
| 09/02/2016 | 106 | REPLY by Gregory Webb to response to motion 105 (Krischke, Scott) (Entered: 09/02/2016) |
| 10/20/2016 | 107 | MOTION by Gregory Webb to continue *Sentencing Date and Re-Set Schedule* (Spevack, Barry) (Entered: 10/20/2016) |
| 10/20/2016 | 108 | NOTICE of Motion by Barry A. Spevack for presentment of motion to continue 107 before Honorable Virginia M. Kendall on 10/26/2016 at 09:30 AM. (Spevack, Barry) (Entered: 10/20/2016) |
| 10/24/2016 | 109 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Defendant's Unopposed Motion to continue sentencing date 107 is granted. Motion hearing set for 10/26/2016 is stricken. Sentencing reset for 1/13/2017 at 9:30 AM. Sentencing Position papers due on or before 12/30/2016. Responses, if any, to the Sentencing Position Paper shall be filed on or before 1/6/2017. This cause is referred to the Probation Office for a presentence investigation. The Court directs the disclosure of the Probation Department's sentencing recommendation to both Defendant and the Government. Mailed notice (lk, ) (Entered: 10/24/2016) |

| | | |
|---|---|---|
| 11/07/2016 | 110 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. By request and agreement of the parties, Sentencing set for 1/13/2017 is reset for 2/22/2017 at 10:00 AM. Sentencing Position papers due on or before 2/8/2017. Responses, if any, to the Sentencing Position Paper shall be filed on or before 2/15/2017. Mailed notice (lk, ) (Entered: 11/07/2016) |
| 11/29/2016 | 111 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. By request and agreement of the parties, Sentencing set for 2/22/2017 at 2:00 PM. (TIME CHANGE ONLY) Mailed notice (lk, ) (Entered: 11/29/2016) |
| 12/21/2016 | 112 | MEMORANDUM Opinion and Order as to Gregory Webb Signed by the Honorable Virginia M. Kendall on 12/21/2016. Mailed notice. (ym, ) (Entered: 12/21/2016) |
| 12/21/2016 | | (Court only) ***Motions terminated as to Gregory Webb: 103 MOTION by Gregory Webb for new trial *Rule 33* filed by Gregory Webb, 104 MOTION by Gregory Webb for judgment of acquittal *Rule 29* filed by Gregory Webb. (lk, ) (Entered: 12/21/2016) |
| 01/13/2017 | 113 | PRESENTENCE Investigation Report as to Gregory Webb (SEALED) (Sohl, David) (Entered: 01/13/2017) |
| 01/13/2017 | 114 | (Court only) SENTENCING Recommendation as to Gregory Webb (SEALED) (Sohl, David) (Entered: 01/13/2017) |
| 01/26/2017 | 115 | ATTORNEY Designation for USA of Rick D. Young (Young, Rick) (Entered: 01/26/2017) |
| 02/08/2017 | 116 | SENTENCING MEMORANDUM as to Gregory Webb (Attachments: # 1 Exhibit A)(Trivedi, Kruti) (Entered: 02/08/2017) |
| 02/09/2017 | 117 | SEALED Sentencing Memorandum filed by Defendant Gregory Webb. (lk, ) (Entered: 02/09/2017) |
| 02/09/2017 | 118 | ATTORNEY Designation for USA of Joseph A. Stewart (Stewart, Joseph) (Entered: 02/09/2017) |
| 02/09/2017 | 119 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. By agreement of the parties, Sentencing set for 2/22/2017 is reset for 3/1/2017 at 01:00 PM. Mailed notice (lk, ) (Entered: 02/09/2017) |
| 02/15/2017 | 120 | REPLY by USA to sealed document 117 (Trivedi, Kruti) (Entered: 02/15/2017) |
| 02/21/2017 | 121 | TRANSCRIPT OF PROCEEDINGS as to Gregory Webb held on 06/27/16 - 07/11/16, before the Honorable Virginia M. Kendall. Jury Trial (Vol 1-A - Vol 10-B) Court Reporter Contact Information: Gayle A. McGuigan, CSR, RMR, CRR, gayle.court.transcripts@gmail.com, (312) 435-6047.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links |

| | | |
|---|---|---|
| | | select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 3/14/2017. Redacted Transcript Deadline set for 3/24/2017. Release of Transcript Restriction set for 5/22/2017. (McGuigan, Gale) (Entered: 02/21/2017) |
| 02/21/2017 | 122 | PRESENTENCE Investigation Report (Supplemental) as to Gregory Webb (SEALED) (Sohl, David) (Entered: 02/21/2017) |
| 02/27/2017 | 123 | PRESENTENCE Investigation Report (Supplemental) as to Gregory Webb (SEALED) (Tsinoukas, Angelo) (Entered: 02/27/2017) |
| 03/01/2017 | 124 | MINUTE entry before the Honorable Virginia M. Kendall as to Gregory Webb. Sentencing hearing held on 3/1/2017. Mailed notice (lk, ) (Entered: 03/02/2017) |
| 03/02/2017 | 125 | SEALED Document (Krischke, Scott) (Entered: 03/02/2017) |
| 03/08/2017 | 126 | NOTICE OF APPEAL by Gregory Webb Filing fee $ 505, receipt number 0752-12940175 (Spevack, Barry) (Entered: 03/08/2017) |
| 03/09/2017 | 127 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 126 . (smm) (Entered: 03/09/2017) |