ym

# UNITED STATES DISTRICT COURT
Northern District of Illinois

UNITED STATES OF AMERICA
v.
Gregory Webb

## JUDGMENT IN A CRIMINAL CASE

Case Number: 14 CR 103-1

USM Number: 47129-424

Scott Krischke
Defendant's Attorney

## THE DEFENDANT:

☐ pleaded guilty to count(s)
☐ pleaded nolo contendere to count(s) which was accepted by the court.
☒ was found guilty on count(s) 1,5,7 and 9-11 of the Indictment after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| **18 USC 1343** | Wire Fraud | 1/10/2010 | 1-5 |
| **18 USC 1341** | Frauds and Swindles | 2/9/2010 | 7 |
| **18 USC 1341** | Frauds and Swindles | 3/5/2010 | 9-11 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) remaining are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this District within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

3/1/2017
Date of Imposition of Judgment

Virginia M. Kendall
Signature of Judge

Virginia M. Kendall, U.S. District Court Judge
Name and Title of Judge

3-14-17
Date

DEFENDANT: GREGORY WEBB
CASE NUMBER: 14 CR 103-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
One hundred and eight (108) months each on counts 1-5, 7. and 9-11 of the Indictment, all to run concurrent for a total of one hundred and eight (108) months. No supervised release will be imposed.

☒ The court makes the following recommendations to the Bureau of Prisons: that the defendant be incarcerated at the FPC Seagoville, located in Seagoville, Texas.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at on
- ☐ as notified by the United States Marshal.
- ☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  - ☒ before 2:00 pm on June 1, 2017.
  - ☐ as notified by the United States Marshal.
  - ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows: ______________________________________________

______________________________________________

______________________________________________

Defendant delivered on __________ to ____________________ at ________________________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: GREGORY WEBB
CASE NUMBER: 14 CR 103-1

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals** | $900.00 | $ | $9,359,384.57 |

☐ The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees as listed on attached Victim List.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to **18 U.S.C. § 3664(i)**, all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| See Attached Victim List | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Totals:** | | | |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant **to 18 U.S.C. § 3612(f)**. All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to **18 U.S.C. § 3612(g)**.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the restitution.

☐ the interest requirement for the is modified as follows:

☐ The defendant's non-exempt assets, if any, are subject to immediate execution to satisfy any outstanding restitution or fine obligations.

* Findings for the total amount of losses are required under **Chapters 109A, 110, 110A, and 113A of Title 18** for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: GREGORY WEBB
CASE NUMBER: 14 CR 103-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payment of $900.00 due immediately.

☐ balance due not later than , or

☒ balance due in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal *(e.g. weekly, monthly, quarterly)* installments of $ over a period of *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal *(e.g. weekly, monthly, quarterly)* installments of $ over a period of *(e.g., months or years)*, to commence *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
Defendant shall pay any financial penalty that is imposed by this judgment. Monthly payment schedule shall be an amount that is at least 10% of net monthly income, defined as income net of reasonable expenses for basic necessities such as food, shelter, utilities, insurance, and employment-related expenses.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant number) | Total Amount | Joint and Several<br>Amount | Corresponding Payee, if<br>Appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Victim List

| Victim Name | Amount |
|---|---|
| J. Brennan | $2,231,000.00 |
| L. Van Dyke | $1,600,000.00 |
| S. (Red) Egenes | $1,559,800.00 |
| R. Winslow | $550,000.00 |
| T. Franklin | $230,000.00 |
| P. Johnson | $130,000.00 |
| Ddh Investments Inc | $130,000.00 |
| Cash Flow Financial LLC | $102,500.00 |
| Heartland Investments | $90,000.00 |
| M. McMillin | $85,000.00 |
| M. McMillin | $85,000.00 |
| L. Wall | $82,000.00 |
| B. Schwartz | $80,000.00 |
| S. McMillin | $60,000.00 |
| M. Lindstrom | $55,490.00 |
| D. Wold | $25,500.00 |
| M. Lindstrom-Wold | $25,500.00 |
| Dain Rauscher Inc | $50,000.00 |
| Sea Box Drive LLC | $50,000.00 |
| J. Frecking | $50,000.00 |
| A. Sipich | $50,000.00 |
| T. Schwartz | $50,000.00 |
| Olympian Properties L P | $50,000.00 |
| B. Caine | $45,000.00 |
| Gregerson Investments, LLC | $45,000.00 |
| P. Mauter | $45,000.00 |
| M. Sim | $45,000.00 |
| Freedom Foundation | $40,000.00 |
| T. Wittry | $37,000.00 |
| A. Blake | $33,000.00 |
| C. Brookover | $30,000.00 |
| Sue A. Graham Trust Sunset Hills | $30,000.00 |
| D. Prazuch | $27,000.00 |
| B. Huneau | $12,500.00 |
| J. Huneau | $12,500.00 |
| T. Appel | $25,000.00 |
| T. Brennan | $25,000.00 |
| G. Kirkwood | $25,000.00 |
| S. Barker | $25,000.00 |
| T. Justice | $25,000.00 |
| D. Gregerson | $25,000.00 |
| S. Ellis | $25,000.00 |
| J. Rus | $24,777.07 |
| J. Stafford | $23,000.00 |
| L. Lindstrom | $22,500.00 |
| A. Hoffman | $22,000.00 |

| Victim Name | Amount |
|---|---|
| C. Gartner | $20,000.00 |
| T. Byrne | $20,000.00 |
| M. O'Malley | $20,000.00 |
| T. Gregerson | $20,000.00 |
| S. Simonson | $20,000.00 |
| B. Vander Meulen | $20,000.00 |
| J. Wittry | $20,000.00 |
| M. Krasnicki | $20,000.00 |
| I. Brennan | $20,000.00 |
| S. Hostetter | $20,000.00 |
| J. Read | $20,000.00 |
| E. Schroeder | $20,000.00 |
| J. Wayne Graham Jr | $20,000.00 |
| K. Reddy | $20,000.00 |
| R. Biggs | $20,000.00 |
| T. Zielske | $9,500.00 |
| S. Zielske | $9,500.00 |
| J. Jorgenson | $19,000.00 |
| JMJ Ventures | $18,000.00 |
| J. Berta | $16,000.00 |
| Russell Novak and Company LLP | $15,000.00 |
| R. Walter | $15,000.00 |
| T. Dormin | $15,000.00 |
| T. Klehr | $15,000.00 |
| F. Lindstrom | $15,000.00 |
| D. Bishop | $15,000.00 |
| L. Murphy | $15,000.00 |
| B. Witte | $13,000.00 |
| T. Quigley | $12,482.50 |
| J. Reuter | $12,250.00 |
| R. Sircher | $12,000.00 |
| J. Wisniewski | $5,500.00 |
| M. Wisniewski | $5,500.00 |
| D. Albrecht | $5,000.00 |
| B. Albrecht | $5,000.00 |
| L. Smoose | $10,000.00 |
| Kudzu Communications, Inc. | $10,000.00 |
| C. Coakley | $10,000.00 |
| K. Weffelmeyer | $10,000.00 |
| R. Lukas | $10,000.00 |
| G. Noth | $10,000.00 |
| S. Read | $10,000.00 |
| B. Walz | $10,000.00 |
| Adams & Adams | $10,000.00 |
| J. Sircher | $10,000.00 |
| J. Pognant | $10,000.00 |
| M. Askew | $10,000.00 |
| R. Snelling | $10,000.00 |
| E. or D. Freier | $10,000.00 |

| | |
|---|---|
| R. Feuerborn | $10,000.00 |
| F. Power | $10,000.00 |
| J.Williams | $10,000.00 |

| Victim Name | Amount |
|---|---|
| M. Pantaleo | $10,000.00 |
| D. Vergin | $10,000.00 |
| C. Maes | $10,000.00 |
| T. Tucker | $10,000.00 |
| M. Moody | $10,000.00 |
| K & R Bluewater Inc | $10,000.00 |
| N. Elizabeth | $10,000.00 |
| A. Cerrone | $10,000.00 |
| N. Buechler | $10,000.00 |
| R. Weg | $10,000.00 |
| M. Kozik | $10,000.00 |
| W. Levinson | $10,000.00 |
| D. Fey | $10,000.00 |
| M. Van Dyke | $5, 000.00 |
| M. Van Dyke | $5,000.00 |
| R. Perkins | $10,000.00 |
| M. Roche | $10,000.00 |
| M. Mansch | $9,985.00 |
| A. Vander Meulen | $9,900.00 |
| M. O'Malley | $9,000.00 |
| J. Reed | $4,250.00 |
| L. Reed | $4,250.00 |
| D. Quigley | $3,000.00 |
| J. Bally | $7,500.00 |
| K. VanKampen | $7,500.00 |
| T. Archuleta | $7,500.00 |
| R. or E. Tholen/Tholen AG Enterprises | $7,000.00 |
| L. Vandersnick | $7,000.00 |
| J. Lazzari | $7,000.00 |
| A. or N. Vander Meulen | $7,000.00 |
| L. Dickey | $7,000.00 |
| T. Matykiewicz | $6,500.00 |
| E. Raddatz | $6,000.00 |
| T. St. Angelo | $6,000.00 |
| G. Moritz | $6,000.00 |
| C. Frank | $3,000.00 |
| J. Frank | $3,000.00 |
| C. Giambalvo | $3,000.00 |
| C. Giambalvo | $3,000.00 |
| D. Daniels | $3,000.00 |
| T. Daniels | $3,000.00 |
| F. Gomez | $6,000.00 |
| R. James & Associates Inc | $6,000.00 |
| K. Wray Schroeder | $5,000.00 |
| E. Sircher | $5,000.00 |
| A. Gradolf | $5,000.00 |

| | |
|---|---|
| B. Decesare | $5,000.00 |
| A.Bland M D Ttee Anna | $5,000.00 |
| M. Booth | $5,000.00 |
| B. McMillin | $2,5000.0 |
| D. McMillin | $2,500.00 |
| C. Nelligan | $5,000.00 |
| Prudens Venire, Inc | $5,000.00 |
| M. O'Malley | $5,000.00 |

| Victim Name | Amount |
|---|---|
| M. Wesson | $5,000.00 |
| D. Mark Brown | $5,000.00 |
| V. Reddy | $5,000.00 |
| D. Sellers | $5,000.00 |
| C. Hatton | $5,000.00 |
| D. Howard | $5,000.00 |
| D. Douglass | $5,000.00 |
| L. Vandervliet | $5,000.00 |
| W. Suglich | $5,000.00 |
| K. Baum | $5,000.00 |
| P. Hall | $5,000.00 |
| T. O'Malley | $2,500.00 |
| L. O'Malley | $2,500.00 |
| S. Scruggs | $5,000.00 |
| G. Bland | $5,000.00 |
| S. Konrath | $5,000.00 |
| P. Stark | $2,500.00 |
| C. Stark | $2,500.00 |
| J. Kaleel | $5,000.00 |
| Daniels Family Trust | $5,000.00 |
| L. Biasco | $5,000.00 |
| W. Kowal | $5,000.00 |
| J. Kundreiser | $5,000.00 |
| B. Chancey | $5,000.00 |
| M. Petak | $5,000.00 |
| B. Berta | $5,000.00 |
| M. Gilliland | $5,000.00 |
| S. Jorgenson | $5,000.00 |
| S. Yasmine Showkatian | $4,200.00 |
| N. Mulder | $4,000.00 |
| D. Kutlesa | $4,000.00 |
| J. Wisniewski | $3,000.00 |
| B. Zielske | $3,000.00 |
| B. Mulder | $3,000.00 |
| B. Mcanallen | $3,000.00 |
| D. Bremmer | $3,000.00 |
| W. Garcia | $2,500.00 |
| J. Varon | $2,500.00 |
| D. Rierson | $1,2500.0 |
| E. Raddatz | $1,250.00 |
| R. Raddatz | $1,250.00 |

| | |
|---|---|
| N. VanderMeulen | $2,000.00 |
| L. Wake | $2,000.00 |
| A. Kitzmann | $2,000.00 |
| K. Breuckmann | $2,000.00 |
| C. O'Malley | $2,000.00 |
| D. E. Ruela | $2,000.00 |
| A. Pereira | $1,500.00 |
| M. Maine | $1,500.00 |
| N. Beach | $1,500.00 |
| B.Jorgensen | $750.00 |
| D. Jorgensen | $750.00 |

| Victim Name | Amount |
|---|---|
| J. Pezzolla | $500.00 |
| P. Pezzolla | $500.00 |
| Anthony Acocella | $500.00 |
| E. McCarthy | $250.00 |
| J. McCarthy | $250.00 |
| **Grand Total** | $500.00 |
| | $500.00 |
| | **$9,359,384.57** |